1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TONY M. SMITH,                      )
                                    )
            Petitioner,             )        2:11-cv-01697-PMP-GWF
                                    )
vs.                                 )        **ORDER**
                                    )
                                    )
GREGORY COX, *et al.,*              )
                                    )
            Respondents.            )
_____/

On December 12, 2011, the court issued an order directing that petitioner Tony M. Smith show cause that his *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is not subject to dismissal on timeliness grounds (ECF #4).  Petitioner filed his response (ECF #7), and respondents have agreed that the petition is not subject to dismissal as untimely (ECF #8).

Accordingly, respondents shall now have forty-five (45) days to answer or otherwise respond to this petition.  Petitioner is advised that a petition for federal habeas corpus should include all claims for relief of which petitioner is aware.  If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim.  *See* 28 U.S.C. §2254(b) (successive petitions).  If petitioner is aware of any claim not included in his petition, he should notify the court of that as soon as possible, perhaps by means of a motion to amend his petition to add the claim.

1

2   **IT IS THEREFORE ORDERED** that respondents shall have **forty-five (45)** days from

3   the date of entry of this order within which to answer, or otherwise respond to, the petition.  In their

4   answer or other response, respondents shall address any claims presented by petitioner in his petition as

5   well as any claims presented by petitioner in any Statement of Additional Claims.  Respondents shall

6   raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion

7   and procedural default.  **Successive motions to dismiss will not be entertained**.  If an answer is filed,

8   respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the

9   United States District Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have **forty-**

10  **five (45) days** from the date of service of the answer to file a reply.

11  **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the Attorney

12  General of the State of Nevada a copy of every pleading, motion, or other document he submits for

13  consideration by the court.  Petitioner shall include with the original paper submitted for filing a

14  certificate stating the date that a true and correct copy of the document was mailed to the Attorney

15  General.  The court may disregard any paper that does not include a certificate of service.  After

16  respondents appear in this action, petitioner shall make such service upon the particular deputy attorney

17  general assigned to the case.

18  **IT IS FURTHER ORDERED** that any state court record exhibits filed by respondents

19  herein shall be filed with a separate index of exhibits identifying the exhibits by number or letter.  The

20  CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or

21

22

23

24

25

26

2

letters) of the exhibits in the attachment.  The hard copy of any additional state court record exhibits shall be forwarded – for this case – to the staff attorneys in Reno.

Dated, this _ 10th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

3