1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TONY M. SMITH,                )

                              )

           Petitioner,       )       2:11-cv-01697-PMP-GWF

                              )

vs.                       )       **ORDER**

                              )

                              )

GREGORY COX, *et al.,*      )

                              )

           Respondents.     )

                              /

15         This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which

16 petitioner, a state prisoner, is proceeding *pro se.*  The petition is currently pending before the court for

17 resolution on the merits.  In order to address the merits, the court requires additional records from

18 petitioner's criminal trial.  Respondents' main argument set forth in their answer is that the use of the

19 so-called *Kazalyn* jury instruction on first-degree murder was harmless error.  The court cannot fathom

20 how respondents determined that at least an entire day of the transcript of the jury trial–particularly the

21 day that both the defendant testified and that the jury heard the taped, prior inconsistent statement of his

22 former co-defendant–was not relevant to the adjudication of this petition.

23         At any rate, the court orders respondents to file a supplemental exhibit containing the full

24 and complete trial transcript from petitioner's jury trial, including the trial transcript dated December

25

26

3, 1998, the jury verdict, the jury instructions, all proposed jury instructions, and the transcript of any hearings pertaining to the jury instructions **within twenty-one (21) days** of the date of this order.

**IT IS SO ORDERED.**

Dated this 1st day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE